IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03417-BNB

ANTONIA H. VALDEZ, Individually and as Personal Representative of the Estate of
    Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
JESSI DEVLIEGER,
BRANDON RAND,
KIT COOK,
DANIEL COOPER, and
MARIO GONZALES,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, In his Individual and Official Capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, BY and Through her Estate, in her
    Individual and Official Capacities, and
CORRECTIONAL OFFICER SCOTT WEICKUM, In his Individual and Official
    Capacities,

    Defendants.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to a district judge and to a magistrate judge pursuant to D.C.COLO.LCivR 40.1.

DATED December 20, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge