**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-MJW

ANTONIA H. VALDEZ, Individually and as Personal Representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
JESSIE DEVLIEGER,
BRANDON RAND,
KIT COOK,
DANIEL COOPER, and
MARIO GONZALES

     Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her individual and official capacities, and
CORRECTIONAL OFFICE SCOTT WEICKUM, in his individual and official capacities,

     Defendants.

**ORDER OF DISMISSAL AS TO PLAINTIFF DANIEL COOPER, ONLY**

**Blackburn, J.**

     The matter is before me on the **Notice of Dismissal as to Claims of Daniel Cooper** [#23][1] filed March 12, 2014. After reviewing the notice and the record, I conclude that the notice should be approved and that the claims of the plaintiff, Daniel Cooper, should be dismissed.

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal as to Claims of Daniel Cooper** [#23] filed March 12, 2014, is **APPROVED**;

2. That the claims of the plaintiff, Daniel Cooper, are **DISMISSED**; and

3. That the plaintiff, Daniel Cooper, is **DROPPED** as a named plaintiff is this action, and the case caption is amended accordingly.

Dated March 12, 2014, at Denver, Colorado.

                                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge