**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-MJW

ANTONIA H. VALDEZ, Individually and as Personal Representative of the Estate of
Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
JESSI DEVLIEGER,
BRANDON RAND,
KIT COOK, and
MARIO GONZALES

      Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her
individual and official capacities, and
CORRECTIONAL OFFICE SCOTT WEICKUM, in his individual and official capacities,

      Defendants.

---

**ORDER OF DISMISSAL AS TO PLAINTIFF, JESSI DEVLIEGER, ONLY**

---

**Blackburn, J.**

      The matter is before me on the **Joint Stipulated Motion to Dismiss Plaintiff
Jessi Devlieger's Claims Against All Defendants With Prejudice Only** [#33][1] filed
April 30, 2014.  After reviewing the motion and the record, I conclude that the motion
should be granted and that the claims of plaintiff, Jessi Devlieger, against all defendants
should be dismissed with prejudice.

---

     [1] "[#33]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this
convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Stipulated Motion to Dismiss Plaintiff Jessi Devlieger's Claims Against All Defendants With Prejudice Only** [#33] filed April 30, 2014, is **GRANTED** ;

2.  That the claims of plaintiff, Jessi Devlieger, against all defendants are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs; and

3.  That plaintiff, Jessi Devlieger, is **DROPPED** as a named plaintiff is this action, and the case caption is amended accordingly.

Dated April 30, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge