IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, as an individual and as Personal Representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
BRANDON RAND,
KIT COOK,
MARIO GONZALES, and

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, in her individual and official capacities, by and through her estate, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion for Protective Order** [#45][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#45] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#45-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    Dated: May 22, 2014

---

[1] "[#45]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.