IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, as an individual and as Personal Representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
BRANDON RAND,
KIT COOK,
MARIO GONZALES, and

      Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, in her individual and official capacities, by and through her estate, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

      Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiffs' **Motion for Extension of Time to Serve Plaintiffs' Responses to Defendant's [sic] First Set of Written Discovery Requests** [#53][1] (the "First Motion") and Plaintiffs' **Motion for Extension of Time to Serve Plaintiffs' Responses to Defendant's [sic] First Set of Written Discovery Requests** [#54] (the "Second Motion"). Both Motions request the same relief, however, the Second Motion reflects the signature of counsel for all Plaintiffs. Accordingly, the First Motion is moot. Further, D.C.COLO.LCivR 6.1(a) provides for the relief requested, permitting extension of Plaintiffs' obligation to respond to "interrogatories, requests for production of documents, or requests for admissions" of up to 21 days, upon the filing of an appropriate stipulation. The Second Motion, which is unopposed, is accepted in lieu of the required stipulation.

---

[1] "[#54]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

Accordingly,

IT IS HEREBY **ORDERED** that the First Motion [#53] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Second Motion [#54] is **GRANTED**. Plaintiffs shall respond to Defendants' First Set of Written Discovery Requests on or before **August 11, 2014**.

Dated: July 22, 2014