IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, as an individual and as Personal Representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
BRANDON RAND,
KIT COOK, and
MARIO GONZALES,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, in her individual and official capacities, by and through her estate, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs Valdez's, Banegas's, Corey's, and Rand's Unopposed Motion to Amend Scheduling Order** [#64][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#64] is **GRANTED**. The Scheduling Order entered on May 5, 2014 [#39] and amended on January 7, 2015 [#63], is further modified to extend the following deadlines:

| | |
|---|---|
| • Affirmative Expert Disclosure Deadline | **March 6, 2015** |
| • Rebuttal Expert Disclosure Deadline | **April 6, 2015** |
| • Discovery Cut-Off | **May 1, 2015** |

    Dated: February 10, 2015

---

[1] "[#64]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.