**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, individually and as personal representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
BRANDON RAND,
KITT COOK, and
MARIO GONZALES,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her individual and official capacities, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.

## ORDER DISMISSING CLAIMS OF PLAINTIFF KITT COOK ONLY AGAINST ALL DEFENDANTS

**Blackburn, J.**

The matter is before me on the **Joint Stipulated Motion To Dismiss Plaintiff Kitt Cook's Claims Against All Defendants With Prejudice Only** [#67],[1] filed February 26, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that all claims of plaintiff Kitt Cook against all defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the **Joint Stipulated Motion To Dismiss Plaintiff Kitt Cook's Claims Against All Defendants With Prejudice Only** [#67], filed February 26, 2015, is **GRANTED**;

2. That all claims of plaintiff Kitt Cook against all defendants are **DISMISSED WITH PREJUDICE** with each party to pay their own attorney fees and costs; and

3. That plaintiff Kitt Cook is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

Dated February 27, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge