**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, individually and as personal representative of the Estate of
Andres A. Valdez,
ABRAHAM BANEGAS,
BRIAN COREY,
BRANDON RAND, and
MARIO GONZALES,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her
individual and official capacities, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.

**ORDER DISMISSING CLAIMS OF PLAINTIFF BRIAN COREY ONLY
AGAINST ALL DEFENDANTS**

**Blackburn, J.**

    The matter is before me on the **Joint Stipulated Motion To Dismiss Plaintiff Brian Corey's Claims Against All Defendants with Prejudice Only** [#69],[1] filed March 18, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that all claims of plaintiff Brian Corey only against all defendants should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#69]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the **Joint Stipulated Motion To Dismiss Plaintiff Brian Corey's Claims Against All Defendants with Prejudice Only** [#69], filed March 18, 2015, is granted;

2. That all claims of plaintiff Brian Corey only against all defendants are dismissed with prejudice with the parties to pay their own attorney fees and costs;

3. That plaintiff Brian Corey is dropped as a party to this action; and

4. That the case caption shall be amended accordingly.

Dated March 19, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge