**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, individually and as personal representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS,
BRANDON RAND, and
MARIO GONZALES,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her individual and official capacities, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.

## ORDER DISMISSING CLAIMS OF PLAINTIFF MARIO GONZALES ONLY AGAINST ALL DEFENDANTS

**Blackburn, J.**

The matter is before me on the **Joint Stipulated Motion To Dismiss Plaintiff Mario Gonzales' Claims Against All Defendants with Prejudice Only** [#74][1] filed April 7, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that all claims of plaintiff Mario Gonzales only against all defendants should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss Plaintiff Mario Gonzales' Claims Against All Defendants with Prejudice Only**, is granted;

---

[1] "[#74]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That all claims of plaintiff Mario Gonzales only against all defendants are dismissed with prejudice with the parties to pay their own attorney fees and costs;

3. That plaintiff Mario Gonzales is dropped as a party to this action; and

4. That the case caption shall be amended accordingly.

Dated April 7, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge