IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03417-REB-KLM

ESTEBAN VALDEZ, a/k/a Steve Valdez, as an individual and as Personal Representative of the Estate of Andres A. Valdez,
ABRAHAM BANEGAS, and
BRANDON RAND,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, in her individual and official capacities, by and through her estate, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's [sic] <u>Unopposed</u> Motion to Allow Plaintiff Valdez to Participate by Telephone at Settlement Conference** [#128][1] (the "Motion"). In the Motion, Plaintiffs ask that Plaintiff Esteban Valdez be allowed to participate in the Settlement Conference by telephone because he lives in Arizona and "it would be a logistic and financial strain for him to attend the settlement conference in person." *Motion* [#128] at 2. Plaintiffs note that Abraham Banegas and Brandon Rand will attend in person along with counsel for Plaintiffs. *Id.* They also state that Mr. Valdez "is committed to being available by phone and participating in good faith at the upcoming Settlement Conference . . . ." *Id.* In addition, the Court notes that Esteban Valdez only became a party to this litigation on July 20, 2015, when the Court granted Plaintiffs' Unopposed Motion to Substitute Party Plaintiff and to Amend Case Caption as a result of the death of Antonia Valdez, who was originally a party to this litigation. *See generally Order Granting Motion to Substitute Party Plaintiff.* Taking into account the assertions

---

[1] "[#128]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

1

made by Plaintiffs in the Motion concerning Mr. Valdez's commitment to participate in the Settlement Conference in good faith and Mr. Valdez's recent addition to this case,

IT IS HEREBY **ORDERED** that the Motion [#128] is **GRANTED**. Plaintiff Esteban Valdez may participate in the Settlement Conference by telephone.

Dated:  July 30, 2015