**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-03417-REB-KLM

ESTEBAN VALDEZ, a/k/a STEVE VALDEZ, Individually and as Personal Representative of the Estate of Andres A. Valdez, et al.,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA, et al.,

    Defendants.

**MINUTE ORDER**[1]

This matter is before me *sua sponte*. Based on the parties' **Notice of Settlement** [#142], filed August 10, 2015, and anticipated filing of settlement documents (*see* **Minute Entry for Settlement** [#140], filed August 7, 2015), all pending motions should be denied as moot, and the trial vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That all pending motions are denied as moot, including but not limited to the following:

    a. **Motion for Summary Judgment From Defendants Corrections Corporation of America, Ronald Bowers and Scott Weickum** [#92], filed May 15, 2015;

    b. **Defendant Estate of Grace Cortez' Motion for Summary Judgment** [#93], filed May 15, 2015;

    c. **Defendants' Amended Unopposed Motion To Extend Page Limitation** [#105], filed June 25, 2015; and

    d. **Plaintiffs' Motion Requesting Permission for Amber and Keith Anderson To Testify Via Skype at Trial** [#136], filed August 4, 2015; and

2. That the trial, currently scheduled to commence on August 17, 2015, is vacated.

Dated: August 12, 2015

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.