**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03417-REB-KLM

ANTONIA H. VALDEZ, individually and as personal representative of the Estate of
Andres A. Valdez,
ABRAHAM BANEGAS, and
BRANDON RAND,

    Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,
SERGEANT RONALD BOWERS, in his individual and official capacities,
CORRECTIONAL OFFICER GRACE CORTEZ, by and through her estate, in her
individual and official capacities, and
CORRECTIONAL OFFICER SCOTT WEICKUM, in his individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulated Motion To Dismiss All Remaining Claims with Prejudice** [#144][1] filed August 20, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that all remaining claims of the plaintiffs against all remaining defendants should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulated Motion To Dismiss All Remaining Claims with Prejudice**, is granted;

    2. That all remaining claims of the plaintiffs against all remaining defendants are

---

[1] "[#144]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

dismissed with prejudice with the parties to pay their own attorney fees and costs; and

3.  That this case is closed.

Dated August 20, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge